```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/17/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

                                Plaintiff,

-against-

HSBC BANK USA, NATIONAL
ASSOCIATION, as Trustee,

                                Defendant.
---------------------------------------------------------------X

17-CV-7684 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court ordered, on December 15, 2017, that "[b]riefing on HSBC's motion to dismiss is stayed sine die pending resolution of the motion to intervene," [Dkt. 45];

    WHEREAS the motion to intervene has not yet been resolved; and

    WHEREAS Plaintiff Royal Park nonetheless filed its opposition to Defendant's motion to dismiss on January 16, 2018 [Dkt. 52];

    IT IS HEREBY ORDERED that Plaintiff must show cause, by letter dated no later than January 19, 2018, why the Court should not strike its opposition to Defendant's motion to dismiss.

**SO ORDERED.**

Date:  January 17, 2018
        New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**