USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

                                     Plaintiff,

17-CV-7684 (VEC)

ORDER

-against-

HSBC BANK USA, NATIONAL
ASSOCIATION, as Trustee,

                                       Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court stayed briefing of Defendant HSBC's motion to dismiss on December 15, 2017 [Dkt. 45]; and

WHEREAS Plaintiff Royal Park has since filed its opposition to Defendant's motion to dismiss [Dkt. 52];

IT IS HEREBY ORDERED that the stay on briefing of Defendant's motion to dismiss is lifted as to Defendant HSBC. Defendant's reply to Royal Park's opposition, if any, is due May 9, 2018. Proposed Intervenor NCUA's request to participate in the briefing of HSBC's pending Motion to Dismiss is denied.

SO ORDERED.

Date: April 25, 2018
New York, New York

_____
VALERIE CAPRONI
United States District Judge