USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

                      Plaintiff,              17-CV-7684 (VEC)

        -against-                    ORDER

HSBC BANK USA, NATIONAL
ASSOCIATION, as Trustee,

                      Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the instant case involves factual and legal issues that overlap with the underlying litigation between the same parties, 17-CV-8175-LGS-SN;

    WHEREAS Defendant, arguing that Plaintiff's claims risk inconsistent determinations on issues common to both cases, has asked this Court "[a]t a minimum [to] stay this proceeding until the conclusion of the [underlying case]," [Dkt. 58 at 5 n.4]; and

    WHEREAS Defendant is a sizeable entity with "deep pockets" from which Plaintiff would be extremely likely to obtain a judgment should it prevail in this action at some point in the future;

    IT IS HEREBY ORDERED that Plaintiff must show cause, by letter of no more than four pages and dated no later than June 18, 2018, why this case should not be stayed, and how exactly Plaintiff would be prejudiced were this case not to proceed presently.

**SO ORDERED.**

Date: June 13, 2018
       New York, New York
                                              **VALERIE CAPRONI**
                                              **United States District Judge**