UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ROYAL PARK INVESTMENTS SA/NV,                : Civil Action No. 1:17-cv-07684-VEC
Individually and on Behalf of All Others     :
Similarly Situated,                          : [PROPOSED] ORDER OF DISMISSAL
                                             : WITH PREJUDICE
                         Plaintiff,          :
                                             :
        vs.                                  :
                                             :
HSBC BANK USA, NATIONAL                      :
ASSOCIATION, as Trustee,                     :
                                             :
                         Defendant.          :
                                             :
---------------------------------------------------------------- x

4825-0589-2008.v1

AND NOW, having considered plaintiff Royal Park Investments SA/NV and defendant HSBC Bank USA, National Association's stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that the stipulation is GRANTED and that all claims in this action against defendant HSBC Bank USA, National Association are hereby DISMISSED WITH PREJUDICE.  The clerk shall CLOSE this case.  No party shall seek from any other party recovery of its costs and/or attorneys' fees.  The Court retains jurisdiction over this case solely to enforce the parties' settlement agreement.  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994).

IT IS SO ORDERED.

DATED: _____   _____
                                         UNITED STATES DISTRICT JUDGE

- 1 -

Submitted by:

DATED: October 16, 2019

ROBBINS GELLER RUDMAN
   & DOWD LLP
CHRISTOPHER M. WOOD


          s/ Christopher M. Wood
          CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
ARTHUR C. LEAHY
STEVEN W. PEPICH
LUCAS F. OLTS
DARRYL J. ALVARADO
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
stevep@rgrdlaw.com
lolts@rgrdlaw.com
dalvarado@rgrdlaw.com

Attorneys for Plaintiff

4825-0589-2008.v1

WILLIAMS & CONNOLLY LLP
KEVIN M. HODGES
EDWARD C. REDDINGTON


              s/ Kevin M. Hodges
              KEVIN M. HODGES

725 12th Street, N.W.
Washington, DC  20005
Telephone:  202/434-5000
202/434-5029 (fax)
khodges@wc.com
ereddington@wc.com

Attorneys for Defendant HSBC Bank USA,
National Association

- 3 -

4825-0589-2008.v1